UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR ALGARIN,

    Plaintiff,

v.                                  Case No: 6:24-cv-285-JSS-LHP

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

The parties filed a Joint Stipulation for Final Order of Dismissal with Prejudice requesting that this action be dismissed. (Dkt. 18.) Accordingly, this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own attorneys' fees and costs. Any pending motions are denied as moot. The Clerk is directed to terminate any pending deadlines and thereafter close this case.

**ORDERED** in Orlando, Florida, on July 17, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record